**MEMO ENDORSED**



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 6, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2022

VIA ECF

The Honorable Judge Katharine H. Parker.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Weekes v. TABcom, LLC*; Case No. 1:22-cv-00280-AJN-KHP

Dear Judge Parker:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the initial conference scheduled for April 12, 2022, at 10:15 A.M.  Plaintiff requests this adjournment since Defendant has not yet been served in this matter. Plaintiff has attempted to serve Defendant without success and is in the process of obtaining a new address at which to serve Defendant.  We respectfully request an adjournment of 45 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

**APPLICATION GRANTED:**  The Initial Case Management Conference in this matter scheduled for Tuesday, April 12, 2022 at 10:15 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, May 31, 2022 at 10:15 a.m.</u>
<u>The Plaintiff is directed to serve a copy of this endorsement on the Defendant.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
04/07/2022