USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ROBERT WEEKES, individually. and on
Behalf of all others similarly situated,

                          Plaintiff,

      -against-

TABSOM, LLC,

                          Defendant.
-----------------------------------------------------------------X

22-CV-280 (AJN) (KHP)

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Voluntary Dismissal filed on May 19, 2022 (doc. no 10) the Initial Case Management Conference currently scheduled for **May 31, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
               May 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge